Case No.: **15-00722**

Debtor(s): **Nikita Raynard Riles**  SS#: **xxx-xx-8134**  Net Monthly Earnings: **1,478.47**

**Melissa R Riles**  SS#: **xxx-xx-8290**  Number of Dependents: **3**

1. Plan Payments:
   ( ____ ) Debtor(s) propose to pay direct a total of $ _____ ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly into the plan; or
   ( **X** ) Payroll deduction Order: To **CSX Rail Payroll, 500 Water Street, Jacksonville, FL 32202** for
   $ **667.17** ☐ weekly ☒ bi-weekly ☐ semi-monthly ☐ monthly.

   Length of plan is approximately **60** months, and the total amount of debt to be distributed by the Trustee is approximately $ **86,731.80**.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| Alabama Department of Revenue | Taxes and certain other debts | $3,000.00 | $100.00 |

   B. Total Attorney Fee: $ **3,000.00** ; **$1,000.00** paid pre-petition; $ **2000.00** to be paid at confirmation.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| -NONE- | | by Trustee by Debtor | | | | | |

   2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| Gm Financial | $180.00 By Trustee | $17,880.00 | $17,880.00 | $0.00 | 2012 Chevrolet Cruze - approximately 40,000 miles on odometer | 5.25% | $360.00 | Upon Confirm. |
| Navy Federal Cr Union | $60.00 By Trustee | $6,000.00 | $6,000.00 | $0.00 | 2006 Kia Sportage - approximately 136,000 miles on odometer | 5.25% | $135.00 | Upon Confim |

III. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| -NONE- | | | | |

IV. Special Provisions:
   ☒ This is an original plan.
   ☐ This is an amended plan replacing plan dated ____.
   ☒ This plan proposes to pay unsecured creditors **100** %.
   ☐ Other Provisions:

(1) Debtor will continue to pay pre-petition and post-petition utility service debt in the ordinary course of business in lieu of posting a deposit as adequate assurance of future payment under section 366 of the United States Bankruptcy Code. Debtor acknowledges and agrees that the automatic stay does not bar any Utility's effort to collect pre-petition and post-petition utility service debt.

Name/Address/Telephone/Attorney for Debtor (s)
**/s/ Chad Arthur Hanson ASB-9431-A34H**

**P.O. Box 756**
**Birmingham, AL 35201**
Telephone # **205-776-2755**

Date **March 12, 2015**

**/s/ Nikita Raynard Riles**
Nikita Raynard Riles
Signature of Debtor
**/s/ Melissa R Riles**
Melissa R Riles
Signature of Debtor

# United States Bankruptcy Court
## Northern District of Alabama

In re: Nikita Raynard Riles, Melissa R Riles, Debtor(s)

Case No. 15-00722
Chapter 13

## CERTIFICATE OF SERVICE

I hereby certify that on **March 12, 2015**, a copy of Proposed Chapter 13 Plan was served by regular United States mail to all interested parties, the Trustee and all creditors on the attached Matrix.

/s/ Chad Arthur Hanson
Chad Arthur Hanson ASB-9431-A34H
Seal Hanson LLC
P.O. Box 756
Birmingham, AL 35201
205-776-2755 Fax:205-776-2860
notices@sealhansonllc.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1126-2<br>Case 15-00722-TBB13<br>NORTHERN DISTRICT OF ALABAMA<br>Birmingham<br>Thu Mar 12 10:40:41 CDT 2015 | AmeriCredit Financial Services, Inc. dba GM<br>P O Box 183853<br>Arlington, TX 76096-3853 | U. S. Bankruptcy Court<br>Robert S. Vance Federal Building<br>1800 5th Avenue North<br>Birmingham, AL 35203-2111 |
| Alabama Central Credit<br>3601 8th Av S.<br>Birmingham, AL 35222-3218 | Alabama Department of Revenue<br>P.O. Box 320001<br>Montgomery, AL 36132-0001 | Alabama Power<br>PO Box 12545<br>Birmingham, AL 35202-6545 |
| Alagasco<br>PO Box 2224<br>Birmingham, AL 35246-0001 | Avante<br>2950 S Gessner<br>Houston, TX 77063-3751 | Barclays Bank Delaware<br>Attn: Bankruptcy<br>P.O. Box 8801<br>Wilmington, DE 19899-8801 |
| Birmingham Waterworks<br>3600 1st Avenue North<br>Birmingham, AL 35222-1210 | Cb Bess Coll<br>Po Box 590<br>Bessemer, AL 35021-0590 | City County Credit Uni<br>Attn Bankruptcy Dept<br>1982 N State Rd 7<br>Margate, FL 33063-5710 |
| Comenity Bank/Goodys<br>Attention: Bankruptcy<br>Po Box 182686<br>Columbus, OH 43218-2686 | Credit Management Lp<br>4200 International Pkwy<br>Carrollton, TX 75007-1912 | FNCC/Legacy Visa<br>Attn: Bankruptcy<br>Po Box 5097<br>Sioux Falls, SD 57117-5097 |
| GECRB/JC Penny<br>Attention: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | Gm Financial<br>Po Box 181145<br>Arlington, TX 76096-1145 | Internal Revenue Service<br>2970 Market ST.<br>Mail Stop 5-Q30.133<br>Philadelphia, PA 19104-5002 |
| Logan Properties<br>1945 Hoover Ct<br>Suite 117<br>Birmingham, AL 35226-3606 | (p)CREDITORS BANKRUPTCY SERVICE<br>PO BOX 800849<br>DALLAS TX 75380-0849 | Nationwide Recovery Sv<br>Po Box 8005<br>Cleveland, TN 37320-8005 |
| Navy Federal Cr Union<br>Po Box 3700<br>Merrifield, VA 22119-3700 | Navy Federal Credit Union<br>Attention: Bankruptcy<br>Po Box 3000<br>Merrifield, VA 22119-3000 | Onemain Fi<br>Po Box 499<br>Hanover, MD 21076-0499 |
| Quantum3 Group LLC as agent for<br>Sterling Jewelers Inc<br>PO Box 788<br>Kirkland, WA 98083-0788 | QuickClick Loans of Alabama<br>PO Box 5040<br>Alpharetta, GA 30023-5040 | Rmb, Inc<br>409 Bearden Park C<br>Knoxville, TN 37919-7448 |
| Southwest Credit Syste<br>4120 International Parkway Suite 1100<br>Carrollton, TX 75007-1958 | (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 | Td Bank Usa/targetcred<br>Po Box 673<br>Minneapolis, MN 55440-0673 |

| | | |
|---|---|---|
| Trident Asset Manageme<br>53 Perimeter Ctr E Ste 4<br>Atlanta, GA 30346-2287 | US Attorney<br>1801 4th Avenue<br>Birmingham, AL 35203-2101 | Weisfield Jewelers/Sterling Jewelers Inc<br>Attn: Bankruptcy<br>Po Box 1799<br>Akron, OH 44309-1799 |
| Chad A. Hanson<br>Seal Hanson LLC<br>P O Box 756<br>Birmingham, AL 35201-0756 | D. Sims Crawford<br>Chapter 13 Standing Trustee<br>NON-PAYMENTS: P O Box 10848<br>Birmingham, AL 35202 | Melissa R Riles<br>510 Timberline W<br>Bessemer, AL 35022-6093 |
| Nikita Raynard Riles<br>510 Timberline W<br>Bessemer, AL 35022-6093 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Military Star<br>3911 Walton Walker<br>Dallas, TX 75266 | Springleaf Financial Services of Alabama Inc<br>PO Box 3251<br>Evansville IN 47731-3251 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Bby/cbna | End of Label Matrix<br>Mailable recipients   36<br>Bypassed recipients    1<br>Total                    37 |